IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02368-PSF-CBS

ABM INDUSTRIES, INC.,

    Plaintiff,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 105; and
MARCELA NAVA,

    Defendants.

---

### ORDER TO RESET SCHEDULING CONFERENCE

---

This matter is before the Court *sua sponte*. The scheduling conference set for January 12, 2006 at 1:30 p.m. is RESET to **January 17, 2006 at 9:30 a.m.**

DATED: January 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge