IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02368-PSF-CBS

ABM INDUSTRIES, INC.,

    Plaintiff,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 105; and
MARCELA NAVA,

    Defendants.

## ORDER REGARDING NOTICE OF SETTLEMENT

The Court is in receipt of the Parties' Joint Notice of Settlement (Dkt. # 16), filed January 18, 2006. In it the parties claim they have reached a settlement of all claims in this matter. Although the parties assert that they will dismiss all claims against each other with prejudice, they do not state when that might occur. Instead, they simply indicate that the settlement agreement must be translated into Spanish for the individual defendant and that they "will move to Dismiss the lawsuit immediately upon receipt of the executed Settlement Agreement."

Also, the notice does not request vacating the scheduling conference continued from Tuesday, January 17, 2006 to today, January 19, 2006. However, it appears that is what the parties want in light of the colloquy at the hearing on Tuesday.

In light of the Parties' Joint Notice, it is hereby ORDERED that the scheduling conference set for January 19, 2006 at 4:30 p.m. is VACATED. The parties are DIRECTED to file their dismissal papers no later than **Friday, January 27, 2006.**

DATED: January 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge