IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02368-PSF-CBS

ABM INDUSTRIES, INC.,

    Plaintiff,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 105; and
MARCELA NAVA,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal Due To Settlement (Dkt. # 19). The Court, being fully advised in the premises, hereby

ORDERS that plaintiff's claims against defendants and defendants' claims against plaintiff are DISMISSED with prejudice, each party to bear its own attorney fees, expenses and costs.

DATED: January 27, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge